NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30657**
**25-NOV-2011**
**08:34 AM**

NO. 30657

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF AMERICA, NATIONAL ASSOCIATION AS
SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS
OF BEAR STEARNS ASSET BACK SECURITIES 1 LLC, ASSET-BACKED
CERTIFICATES, SERIES 2006-HE7, Plaintiff-Appellee,
v.
CHRISTOPHER TABIN RAMOS and ESTRELITA IGNACIO RAMOS,
Defendants-Appellants,
and
JOHN and MARY DOES 1-10, Defendants

APPEAL FROM THE CIVIL COURT OF THE THIRD CIRCUIT
(CIVIL NO. 09-1-194(GNK))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:
(1) On August 4, 2010, Defendants-Appellants Christopher Tabin Ramos and Estrelita Ignacio Ramos (Appellants) filed a notice of appeal; (2) on April 26, 2011, the parties submitted a stipulation to extend the opening brief due date to June 6, 2011 because the parties were attempting to settle the underlying case; (3) this court approved the stipulation and extended the

opening brief due date to June 6, 2011; (4) Appellants did not file the opening brief; (5) on October 25, 2011, the appellate clerk informed Appellants that: (a) the opening brief was in default; (b) the matter would be called to the attention of the court on November 4, 2011 pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30; and (c) the appeal may be dismissed; and (6) Appellants did not file the opening brief or seek relief from default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaiʻi,  November 25, 2011.

Presiding Judge

Associate Judge

Associate Judge

-2-